IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

MONTREALL BANNER,            )
                             )
        Plaintiff,           )
                             )
    v.                       )   1:24-cv-384
                             )
C/O ROWDY,                   )
                             )
        Defendant.           )

### ORDER

On July 10, 2025, the United States Magistrate Judge's Recommendation ("Recommendation") was filed and notice was served on the parties pursuant to 28 U.S. C. § 636. (Docs. 17, 18.) No objections were filed within the time limits prescribed by Section 636.

Therefore, the court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 17), is **ADOPTED. IT IS FURTHER ORDERED** that (A) Plaintiff's lone remaining claim in this action (brought against Defendant Rowdy) is **DISMISSED WITHOUT PREJUDICE,** pursuant to Federal Rule of Civil Procedure 41(b), and (B) that, in light of the prior dismissal of all other claims against all other Defendants, this action is **DISMISSED.**

A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 22nd day of September, 2025.

/s/ William L. Osteen, Jr.
United States District Judge